Christopher G. Varallo, WSBA #29410
WITHERSPOON • KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201
Phone:  (509) 624-5265
Fax:  (509) 458-2728
cgv@witherspoonkelley.com

Attorneys for Sterling Savings Bank

Judge:  **Thomas T. Glover**
**Chapter:  7**
**Location:  700 Stewart St., Ctrm. 7106,**
 **Seattle, WA**
**Hearing Date:  June 18, 2010**
**Hearing Time:  9:30 a.m.**
**Response Date:  June 11, 2010**

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EDWARD A. TUDOR and<br>ROSALIE M. TUDOR,<br><br>           Debtors. | NO.  10-42300-PBS<br><br>NOTICE OF MOTION AND HEARING ON ORDER LIFTING AUTOMATIC STAY AND DIRECTING ABANDONMENT OF ENCUMBERED PROPERTY |

PLEASE TAKE NOTICE that Sterling Savings Bank's ("Sterling") Motion for Order Lifting Automatic Stay and Requiring Abandonment of Encumbered Property seeks to modify the § 362 automatic stay and to permit it to obtain possession of and dispose of the following personal property, to-wit:

I.

LOTS 6, 7 AND 8, BLOCK 19, GILMAN'S ADDITION TO THE CITY OF SEATTLE, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 5 OF PLATS, PAGE 93, RECORDS OF KING COUNTY, WASHINGTON; TOGETHER WITH THE EAST 14 FEET OF 17TH AVENUE WEST VACATED BY ORDINANCE NO. 88735 OF THE

NOTICE OF MOTION AND HEARING ON ORDER
LIFTING AUTOMATIC STAY - 1

S0131535.DOC

CITY OF SEATTLE WHICH WOULD ATTACHED TO LOT 6 BY OPERATION OF LAW. SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

Commonly known as 3220 17th Ave W, Seattle, WA 98119 ("17th Ave Property");

II.

LOT 19, BLOCK 2, QUEEN ANNE PARK ADDITION TO THE CITY OF SEATTLE, AS PER PLAT RECORDED IN VOLUME 28 OF PLATS, PAGE 38, RECORDS OF KING COUNTY;

SITUATE IN THE CITY OF SEATTLE, COUNTY OF KING, STATE OF WASHINGTON.

Commonly known as 3203 Conkling PL W, Seattle, WA 98119 ("Conkling Property"); and

III.

LOTS 16 THROUGH 20, BLOCK 713 OF EVERETT LAND COMPANY'S 1ST ADDITION TO EVERETT, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 3 OF PLATS, PAGE 20, IN SNOHOMISH COUNTY, WASHINGTON.

Commonly known as 3030 Broadway Ave., Everett, WA 98201 ("Broadway Property," collectively with the 17th Ave Property and Conkling Property, the "Property").

Debtors are in default to Sterling under certain Promissory Notes ("Notes") that pledged the Property as collateral for the same. The total amount due under Note 9001 is $1,044,452.53, which includes arrearages, accrued interest and late charges (through April 9, 2010). The total amount due under Note 6001 is $667,477.40, which includes

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100          Phone: 509.624.5265
Spokane, Washington 99201-0300               Fax: 509.458.2728

arrearages, accrued interest and other fees (through April 9, 2010). The total amount due under Note 9001B is $239,023.91, which includes interest, accrued interest and late charges (through April 9, 2010). Interest continues to accrue on the Notes at the per diem rates of $209.75, $167.27 and $49.069, respectively. Sterling has also incurred legal fees and costs because of Debtors' default. The Debtors' Schedules provide that Debtors will surrender the 17th Ave Property to Sterling and fails to provide for the Conkling Property and Broadway Property. According to Debtors' Schedules, the value of the 17th Ave Property is estimated to be $1,550,000.00 and the Debtors' interest in the Conkling Property is estimated at $400,000.00. No value is given for the Broadway Property. Taking into consideration the additional creditors, Debtors have no equity in the Property.

THIS MOTION IS SET FOR HEARING as follows:

Judge: Thomas T. Glover
Place: 700 Stewart Street, Ctrm. 7106, Seattle, WA
Date: June 18, 2010
Time: 9:30 a.m.

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's chambers and deliver copies to the undersigned and all parties of interest NOT LATER THAN THE RESPONSE DATE, which is June 11, 2010. Sterling is also requesting an Order waiving and relieving Sterling of the automatic fourteen (14) day stay pursuant to FRBP 4001(a)(3).



**WK** WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 7th day of May, 2010.

WITHERSPOON KELLEY

By: _/s/ Christopher G. Varallo_
Christopher G. Varallo, WSBA #29410
Attorney for Sterling Savings Bank

WK WITHERSPOON·KELLEY
Attorneys & Counselors